# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
February 13, 2020

Lyle W. Cayce
Clerk

No. 19-20619
Summary Calendar

ALEJANDRO PEDRAZA, on behalf of the Estate of Joel Saulsberry,

    Plaintiff - Appellant

v.

MALLINCKRODT ENTERPRISES, L.L.C.,

    Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-1504

Before HIGGINBOTHAM, HO, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

    AFFIRMED. *See* 5TH CIR. R. 47.6.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.